DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

ISAAC BROWN,

Appellant,

v.

DEPARTMENT OF CHILDREN & FAMILIES,

Appellee.

No. 2D22-3772

———————————————

September 20, 2023

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Isaac Brown, pro se.

Ashley Moody, Attorney General, Tallahassee and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.